

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-14-00011-CR |
| | § | |
| State, | | Appeal from the |
| | § | |
| v. | | County Court at Law No. 7 |
| | § | |
| ISELA DOMINGUEZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20110C10845) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **November 13, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Daniel Robledo, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before November 13, 2014.

IT IS SO ORDERED this 26th day of September, 2014.

PER CURIAM